AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------   DISTRICT OF   ----------------Virginia--------------------
Richmond Division

Raquel Stith,

    Plaintiff,

v.

Global Tel Link Corporation et al.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:23cv750

☐ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is DISMISSED WITHOUT PREJUDICE. Judgment is hereby entered in favor of the Defendant.

July 16, 2024
Date

FERNANDO GALINDO,
Clerk

(By) Deputy Clerk